**Pamela D. DINKLER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2008–3191.**

United States Court of Appeals, Federal Circuit.

April 15, 2008.

Pamela D. Dinkler, pro se.

## ORDER

On March 12, 2008, the court issued an order allowing Pamela D. Dinkler ("Dinkler") 21 days to notify the court if he had dismissed his petition for review before the Board. Dinkler has failed to respond within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.